IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THEODORE WILLBRIGHT,
et al.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D16-2512

v.

PHH MORTGAGE CORP.,

     Respondent.

_____/

Opinion filed July 21, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Sean A. Espenship of Espenship, Schlax & Albee, Jacksonville, for Petitioner.

No appearance for Respondent.

PER CURIAM.

     DENIED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.